No. 11–1511. LAWRENCE ET UX. *v.* BANK OF AMERICA ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1512. LARREMORE ET UX. *v.* LYKES BROTHERS, INC. C. A. 5th Cir. Certiorari denied.

No. 11–1513. FREEEATS.COM, INC. *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 11–1514. FOX *v.* GOOD SAMARITAN HOSPITAL, L. P., ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1516. KIM ET AL. *v.* VILLAGE AT EAGLE CREEK HOME-OWNERS ASSN. ET AL. Ct. App. Ind. Certiorari denied.

No. 11–1517. RAYMOND *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–1519. KAWACHE, AN INFANT, BY HER PARENT AND NATURAL GUARDIAN KAWACHE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–1520. HOOSIER RACING TIRE CORP. ET AL. *v.* RACE TIRES AMERICA, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–1521. GENERAL DRIVERS, WAREHOUSEMEN AND HELP-ERS, LOCAL UNION NO. 89 *v.* SHELTER DISTRIBUTION, INC. C. A. 6th Cir. Certiorari denied.

No. 11–1523. WOODRUFF, TRUSTEE OF LEGACY HEALTHCARE, INC., DBA NEW HORIZON DEVELOPMENTAL CENTER *v.* INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION ET AL. Sup. Ct. Ind. Certiorari denied.

No. 11–1524. MULK ET AL. *v.* OHIO DEPARTMENT OF JOB AND FAMILY SERVICES. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 11–1526. ROCKEFELLER *v.* CHU, SECRETARY OF ENERGY, ET AL. C. A. 10th Cir. Certiorari denied.